# United States District Court
# For The Western District of North Carolina
# Asheville Division

ANTONIO PORTILLO MENDOZA,

    Petitioner,

JUDGMENT IN A CIVIL CASE

vs.

CIVIL CASE No. 1:11cv36
[Criminal Case No. 1:04cr10-3]

USA,

    Respondent.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/10/11 Order.

Signed: June 10, 2011

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court